UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEITH E. LANDRUS,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant. | No. 2:14-CV-0284-JTR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

**BEFORE THE COURT** is the parties' Stipulated Motion for Remand of the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 18. Attorney Joseph M. Linehan represents Plaintiff; Special Assistant United States Attorney Daphne Banay represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 7. After considering the file, and proposed order, **IT IS ORDERED:**

1. The parties' Stipulated Motion For Remand, **ECF No. 18**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the administrative law judge (ALJ) shall hold a new hearing and: (1) further evaluate Plaintiff's maximum residual functional capacity, with specific reference to the opinion evidence of record, including other source opinions, in support of the assessed limitations, and clearly articulate the weight

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 1

accorded such evidence; (2) further evaluate Plaintiff's subjective complaints pursuant to SSR 96-7p; and (3) re-evaluate step five of the sequential evaluation process and obtain vocational expert evidence to clarify the effect of the assessed limitations on the occupational base.  The ALJ will take any other actions necessary to develop the record, and Plaintiff may submit additional evidence and arguments to the ALJ.

      2.      Judgment shall be entered for **PLAINTIFF**.

      3.      Plaintiff's Motion for Summary Judgment, **ECF No. 14**, is **STRICKEN AS MOOT**.

      4.      An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED April 30, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 2